THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Matter
 of the Care and Treatment of Kenneth Gray, Appellant.
 
 
 

Appeal From York County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2008-UP-450
 Submitted August 1, 2008  Filed August 7,
2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Attorney General Deborah R. J. Shupe, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Kenneth Gray appeals from the order of the circuit
 court committing him to long term care, control and treatment as a sexually
 violent predator.  He argues the trial judge erred in failing to order a
 competency evaluation to determine whether he had the sufficient ability to understand
 the proceedings against him.  After
 a thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967), In re McCoy, 360 S.C. 425, 602
 S.E.2d 58 (2004) (adopting the Anders procedure for alleged no-merit appeals
 in sexually violent predator involuntary commitment appeals), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.